# EXHIBIT 2

**Robert Paul**

| | |
|---|---|
| From: | Evan Yeats <Eyeats@wbng.org> |
| Sent: | Thursday, August 11, 2022 2:12 PM |
| To: | Robert Paul |
| Subject: | FW: Farhi Grievance |

**From:** Evan Yeats <Eyeats@wbng.org>
**Date:** Monday, March 14, 2022 at 9:35 PM
**To:** Kennedy, Jay <jay.kennedy@washpost.com>
**Cc:** Katie Mettler <kemettler@gmail.com>, Sarah Kaplan <sarahkaplan48@gmail.com>, Cet Parks <cparks@wbng.org>, Nancy Banks <Nbanks@wbng.org>, Samantha Sluder <ssluder@wbng.org>, mattschnab13@gmail.com <mattschnab13@gmail.com>
**Subject:** Farhi Grievance

Hi Jay —

The Guild invokes the Step 1 grievance process over the suspension of Paul Farhi.

This discipline is without just and sufficient cause as outlined in Article X of the collective bargaining agreement.

As a remedy the Guild demands the grievant be made whole in every way, including rescinding the suspension. As part of the grievance the Guild requests the following information:
- Any emails, messages, reports, notes or transcriptions of the meeting at the Russian Foreign Ministry referenced in the disciplinary action, including a list of all participants in the meeting
- A copy of the messages and responses posted in Slack that are referenced in the disciplinary letter, as well as any other announcement emails or Slack messages about the policy
- A copy of Mr. Farhi's personnel file, including the previous written warning referenced in the letter

Please provide this information prior to the Step 1 meeting. If any part of this request is denied or if any materials are unavailable, please state so in writing and provide the remaining items by the above date, which the Guild will accept without prejudice to its position that it is entitled to all documents and information sought in this request.

Warmest regards,

Evan

**Evan Yeats**
Washington-Baltimore News Guild
TNG-CWA Local 32035
1225 Eye Street NW, Suite 300
Washington, DC 20005
www.wbng.org @wnbg32035
(m) 319-310-5716
eyeats@wbng.org