# EXHIBIT 3

**Robert Paul**

**From:** Evan Yeats <Eyeats@wbng.org>
**Sent:** Friday, July 15, 2022 2:27 PM
**To:** Kennedy, Jay
**Cc:** Robert Paul; mattschnab13@gmail.com; coralreef650; Cet Parks; Samantha Sluder
**Subject:** Re: Farhi Grievance

Hi Jay —

Having not heard a response on this we assume the grievance is denied. The Guild moves this grievance to arbitration alleging that this discipline is without just and sufficient cause as required in Article X of the Collective Bargaining Agreement.

Warmest regards,

Evan


**Evan Yeats**
Washington-Baltimore News Guild
TNG-CWA Local 32035
1225 Eye Street NW, Suite 300
Washington, DC 20005
www.wbng.org @wnbg32035
(m) 319-310-5716
eyeats@wbng.org


**From:** Evan Yeats <Eyeats@wbng.org>
**Date:** Wednesday, June 15, 2022 at 9:53 AM
**To:** Kennedy, Jay <jay.kennedy@washpost.com>
**Cc:** Robert Paul <rpaul@robertepaul.com>, mattschnab13@gmail.com <mattschnab13@gmail.com>, coralreef650 <coralreef650@protonmail.com>
**Subject:** Re: Farhi Grievance

The Guild can meet June 23rd at 2 p.m. if that is good for you.

**Evan Yeats**
Washington-Baltimore News Guild
TNG-CWA Local 32035
1225 Eye Street NW, Suite 300
Washington, DC 20005
www.wbng.org @wnbg32035
(m) 319-310-5716
eyeats@wbng.org

1