# EXHIBIT 4

**Robert Paul**

| | |
|---|---|
| **From:** | Holmes, Jacqueline M. <jholmes@JonesDay.com> |
| **Sent:** | Tuesday, August 9, 2022 2:23 PM |
| **To:** | Robert Paul |
| **Cc:** | Roth, Yaakov M. |
| **Subject:** | RE: The Washington Post |

Good afternoon, Bob,

In response to the Guild's request to select an arbitrator to hear the grievance on behalf of Mr. Farhi, we do not believe that the Guild's grievance is arbitrable. As you know, the Post-Guild contract expired on June 30, and the parties' expired agreement limits the right to arbitrate to "[d]uring the term of this Agreement." See Article XXIII, Section 6. Because the Guild's grievance is thus not arbitrable, we see no need to pick an arbitrator.

Regards,

Jackie

Jacqueline M Holmes
Partner
**JONES DAY® - One Firm Worldwide**<sup>SM</sup>
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Office +1.202.879.3620
Facsimile +1.202.626.1700
Mobile +1.302.731.1596
jholmes@jonesday.com

---

**From:** Robert Paul <rpaul@robertepaul.com>
**Sent:** Wednesday, August 3, 2022 9:43 AM
**To:** Holmes, Jacqueline M. <jholmes@JonesDay.com>
**Subject:** The Washington Post

\*\* External mail \*\*

Jackie,

Please let me know when you are prepared to select an arbitrator for the Paul Farhi arbitration.

The Guild has also notified the Post that it is submitting the Felicia Sonmez grievance to arbitration. We need to select an arbitrator for that case as well. Thanks.

Bob
**Robert E. Paul**
**Law Offices of Robert E. Paul, PLLC**
1025 Connecticut Avenue NW, Suite 1000
Washington, DC 20036-5420
Phone: 202-857-5000
Fax: 202-327-5499