# EXHIBIT 5



# The Washington Post

June 9, 2022

Felicia Sonmez
2001 Kalorama Road NW
Apt. 5
Washington, DC  20009

This is to inform you that The Post is terminating your employment, effective immediately, for misconduct that includes insubordination, maligning your coworkers online and violating The Post's standards on workplace collegiality and inclusivity.  As Sally's Tuesday message reminded everyone, The Post expects all employees to adhere to its standards requiring employees to treat each other respectfully, inclusively, and professionally.  Your continued conduct in disparaging your colleagues online disregarded the direction of newsroom leadership and violated The Post's standards.  Your public attempts to question the motives of your co-journalists, based on their expression of views different from yours, also undermines The Post's reputation for journalistic integrity and fairness. The same is true of your baseless derision directed to our policies and practices, and our commitment to a safe and supportive work environment.  We cannot allow you to continue to work as a journalist representing The Washington Post.

You will receive a separate letter from The Post's Benefits Department concerning your eligibility for any other Post benefits upon termination.

In the event that you have left any personal items on the premises, we will make arrangements to return them and for you to return any other Post equipment you have in your possession.

Sincerely,

*L. Wayne Connell*

L. Wayne Connell
Chief Human Resources Officer
The Washington Post
202-334-4361
Wayne.Connell@washpost.com