# EXHIBIT 6

**Robert Paul**

**EXHIBIT**

**6**

tabbies®

| | |
|---|---|
| **From:** | Cet Parks <cparks@wbng.org> |
| **Sent:** | Wednesday, June 15, 2022 4:23 PM |
| **To:** | Robert Paul |
| **Subject:** | Fwd: Termination Letter |

Cet Parks (he, him, his)
Executive Director
Washington-Baltimore News Guild
TNG/CWA Local 32035
1225 Eye Street NW Suite 300
Washington, DC 20005

(202) 785-3650 extension 12
(202) 785-3659 fax
(202) 425-2901 mobile

www.wbng.org

@WBNG32035

Begin forwarded message:

> **From:** Evan Yeats <Eyeats@wbng.org>
> **Date:** June 15, 2022 at 4:15:23 PM EDT
> **To:** "Kennedy, Jay" <jay.kennedy@washpost.com>
> **Cc:** Samantha Sluder <ssluder@wbng.org>, Cet Parks <Cparks@wbng.org>, Nancy Banks <Nbanks@wbng.org>, smilowitz@gmail.com, Sarah Kaplan <sarahkaplan48@gmail.com>, Katie Mettler <kemettler@gmail.com>
> **Subject: Re: Termination Letter**

Dear Jay:

The Guild invokes the Step 1 grievance process over the termination of Felicia Sonmez.

This termination is without just and sufficient cause as outlined in Article X of the collective bargaining agreement.

As a remedy the Guild demands the grievant be made whole in every way, including reinstatement and appropriate back pay. As part of the grievance the Guild requests the following information:
- A copy of Ms. Sonmez's personnel file
- Any evidence, substantiation or record of the following, including specifically what incident the allegation is referred to, the parties involved and the date and time of the incident:
  - The allegation that Ms. Sonmez engaged in "insubordination"
  - The allegation that Ms. Sonmez engaged in "maligning your coworkers online"
  - The allegation that Ms. Sonmez engaged in "violating the Post's standards on workplace collegiality and inclusivity"
  - The allegation that Ms. Sonmez engaged in "disparaging your colleagues online"

- The allegation that Ms. Sonmez engaged in "public attempts to question the motives of your co-journalists"
- The allegation that Ms. Sonmez engaged in "derision directed to our policies and practices, and our commitment to a safe and supportive work environment"
- A copy of the referenced "Tuesday message"
- A copy of "The Post's standards on workplace collegiality and inclusivity"
- A copy of The Post's social media policy
- A copy of any communication about revisions, changes or enforcement of the social media policy since it was last updated by Post management

Please provide this information within the next ten business days (two weeks). If any part of this request is denied or if any materials are unavailable, please state so in writing and provide the remaining items by the above date, which the Guild will accept without prejudice to its position that it is entitled to all documents and information sought in this request.

Warmest regards,

Evan


**Evan Yeats**
Washington-Baltimore News Guild
TNG-CWA Local 32035
1225 Eye Street NW, Suite 300
Washington, DC 20005
www.wbng.org @wnbg32035
(m) 319-310-5716
eyeats@wbng.org

---

**From:** Kennedy, Jay <jay.kennedy@washpost.com>
**Date:** Thursday, June 9, 2022 at 5:44 PM
**To:** Evan Yeats <Eyeats@wbng.org>
**Subject:** Termination Letter

Evan, please see the attached termination letter.

Jay