# EXHIBIT 9

**Robert Paul**

EXHIBIT

**9**

tabbies®

**From:** Evan Yeats <Eyeats@wbng.org>
**Sent:** Monday, August 1, 2022 11:18 PM
**To:** Kennedy, Jay
**Cc:** Robert Paul
**Subject:** Re: Termination Letter

Hi Jay —

Having received no response to the Step 2 meeting, the Guild moves this grievance to arbitration as this termination is without just and sufficient cause in violation of Article X of the CBA and all other relevant articles. We reiterate our demand for information below.

Warmest regards,

Evan

**Evan Yeats**
**Washington-Baltimore News Guild**
**TNG-CWA Local 32035**
1225 Eye Street NW, Suite 300
Washington, DC 20005
www.wbng.org @wnbg32035
(m) 319-310-5716
eyeats@wbng.org