# EXHIBIT 10

**Robert Paul**

EXHIBIT 10

| | |
|---|---|
| From: | Holmes, Jacqueline M. <jholmes@JonesDay.com> |
| Sent: | Monday, August 15, 2022 3:47 PM |
| To: | Robert Paul |
| Cc: | Roth, Yaakov M. |
| Subject: | RE: The Washington Post |

Bob,

We strongly disagree that The Post's position, grounded in the contract's plain language, is "baseless," but there is little point in you and I continuing to debate that. The Post intends to exercise its right to have this arbitrability issue determined by a court, rather than by an arbitrator. In response to your second email of last week, our position on arbitrability is the same with respect to the Guild's grievance on behalf of Ms. Sonmez.

Regards,

Jackie

Jacqueline M Holmes
Partner
**JONES DAY® - One Firm Worldwide**℠
51 Louisiana Avenue, N.W.
Washington, D,C. 20001
Office +1.202.879.3620
Facsimile +1.202.626.1700
Mobile +1.302.731.1596
jholmes@jonesday.com

---

**From:** Robert Paul <rpaul@robertepaul.com>
**Sent:** Wednesday, August 10, 2022 3:07 PM
**To:** Holmes, Jacqueline M. <jholmes@JonesDay.com>
**Cc:** Roth, Yaakov M. <yroth@JonesDay.com>
**Subject:** RE: The Washington Post

** External mail **

Jackie,

I have to say that the Guild was quite surprised by the Post's baseless argument that the phrase in Article XXIII(6) establishes that the Farhi grievance is not arbitrable. As you know, that phrase, when read in its proper context, is merely a statement that indicates that arbitration is the "favor[ed]," albeit not exclusive, method of resolving disputes of the type presently before the parties. It manifestly does not stand for the proposition that contractual grievances filed prior to expiration are, upon expiration, thereby not arbitrable.

Given the Post's arbitrability claim, please advise whether the Post is exercising its right under Section 5 of Article XXIII to a determination of arbitrability before an arbitrator, or whether we should bring this matter to the attention of the Federal Court. As you might expect, we will, if the latter, seek to recover fees and costs from the Court.

Bob

Robert E. Paul
Law Offices of Robert E. Paul, PLLC
1025 Connecticut Avenue NW, Suite 1000
Washington, DC 20036-5420
Phone: 202-857-5000
Cell: 202-374-0550
Fax: 202-327-5499

This email and any attachment may contain confidential and/or privileged information. If you are not the intended recipient(s), please do not disseminate or copy the email. Instead, please notify the sender immediately and delete this email from your system.

**From:** Holmes, Jacqueline M. <jholmes@JonesDay.com>
**Sent:** Tuesday, August 9, 2022 2:23 PM
**To:** Robert Paul <rpaul@robertepaul.com>
**Cc:** Roth, Yaakov M. <yroth@JonesDay.com>
**Subject:** RE: The Washington Post

Good afternoon, Bob,

In response to the Guild's request to select an arbitrator to hear the grievance on behalf of Mr. Farhi, we do not believe that the Guild's grievance is arbitrable. As you know, the Post-Guild contract expired on June 30, and the parties' expired agreement limits the right to arbitrate to "[d]uring the term of this Agreement." See Article XXIII, Section 6. Because the Guild's grievance is thus not arbitrable, we see no need to pick an arbitrator.

Regards,

Jackie

Jacqueline M Holmes
Partner
**JONES DAY® - One Firm Worldwide**℠
51 Louisiana Avenue, N.W.
Washington, D,C. 20001
Office +1.202.879.3620
Facsimile +1.202.626.1700
Mobile +1.302.731.1596
jholmes@jonesday.com

**From:** Robert Paul <rpaul@robertepaul.com>
**Sent:** Wednesday, August 3, 2022 9:43 AM
**To:** Holmes, Jacqueline M. <jholmes@JonesDay.com>
**Subject:** The Washington Post

** External mail **

Jackie,

Please let me know when you are prepared to select an arbitrator for the Paul Farhi arbitration.

The Guild has also notified the Post that it is submitting the Felicia Sonmez grievance to arbitration. We need to select an arbitrator for that case as well. Thanks.

2

Bob

**Robert E. Paul**

**Law Offices of Robert E. Paul, PLLC**

1025 Connecticut Avenue NW, Suite 1000
Washington, DC 20036-5420
Phone: 202-857-5000
Fax: 202-327-5499

This email and any attachment may contain confidential and/or privileged information. If you are not the intended recipient(s), please do not disseminate or copy the email. Instead, please notify the sender immediately and delete this email from your system.

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***
***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***